IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER LOVE, JR.                                                    PLAINTIFF

v.                            Civil No. 17-4080

OFFICER KRISSY FINCHER; and
HEMPSTEAD COUNTY DETENTION
CENTER                                                                   DEFENDANTS

# ORDER

Christopher Love, Jr. submitted this *pro se* action for filing. The Clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The matter of Plaintiff's eligibility for *in forma pauperis* status and service will be determined at a later time.

Plaintiff is advised that the Hempstead County Detention Center is a building and cannot be sued under 42 U.S.C. § 1983. If Plaintiff desires to substitute an individual in place of the detention center, he should advise the Court by **October 6, 2017.** He should provide the Court with the name of the individual he wishes to substitute and describe how this individual violated Plaintiff's federal constitutional rights.

In his complaint, Plaintiff mentions Sergeant Alvis Mills. However, Plaintiff has not named him as a Defendant or stated how Sergeant Mills violated his federal constitutional rights. Plaintiff is given until **October 6, 2017,** to advise the Court whether he intended to name Sergeant Mills as a Defendant and to state how Sergeant Mills violated Plaintiff's federal constitutional rights.

Finally, Plaintiff has failed to date and sign his complaint. Plaintiff is given until **October 6, 2017,** to provide the Court with a signed and dated complaint. The **Clerk** is directed to mail the Plaintiff a copy of his complaint so he may sign it and return it to the Court.

Plaintiff is advised that he is required to immediately inform the Court of any change of address. **If Plaintiff is transferred to another jail or prison or released, he shall have 30 days from the date of transfer or release in which to notify the Court of his new address.** Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. **Failure to inform the Court of an address change shall result in this case being subject to dismissal.**

IT IS SO ORDERED this 19th day of September 20.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE