IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER LOVE, JR.                                                                    PLAINTIFF

v.                                        Civil No. 4:17-cv-04080

OFFICER KRISSY FINCHER; and
HEMPSTEAD COUNTY DETENTION
CENTER                                                                                   DEFENDANTS

## **ORDER**

Plaintiff Christopher Love, Jr. filed this action *pro se* pursuant to 42 U.S.C. § 1983 on September 19, 2017. (ECF No. 1). While screening Plaintiff's Complaint the Court discovered that Plaintiff named two individuals as Defendants who are not listed on the docket.

The Clerk is **DIRECTED** to add Eric Garner and Sergeant Susan Hanson as Defendants in this lawsuit.

**IT IS SO ORDERED this 27th day of October 2017.**

                                                          /s/ Barry A. Bryant
                                                          HON. BARRY A. BRYANT
                                                          UNITED STATES MAGISTRATE JUDGE