IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER LOVE, JR.                                                        PLAINTIFF

v.                                          Civil No. 4:17-cv-04080

OFFICER KRISSY FINCHER; and
HEMPSTEAD COUNTY DETENTION
CENTER                                                                      DEFENDANTS

## ORDER

Plaintiff Christopher Love, Jr. filed this action *pro se* pursuant to 42 U.S.C. § 1983 on

September 19, 2017. (ECF No. 1).  While screening Plaintiff's Complaint the Court discovered

that Plaintiff named three individuals as Defendants who are not listed on the docket.

The Clerk is **DIRECTED** to add Eric Garner, Sergeant Susan Hanson, and Sergeant Alvis

Mills as Defendants in this lawsuit.

**IT IS SO ORDERED this 9th day of November 2017.**


/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE