IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER LOVE, JR.                                                         PLAINTIFF

v.                              Civil No. 4:17-cv-04080

OFFICER KRISSY FINCHER;
JAILER ERIC GARNER;
SUSAN HANSON; SERGEANT
ALVIS MILLS; and HEMPSTEAD
COUNTY, ARKANSAS                                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the Order of even date, **IT IS CONSIDERED**, **ORDERED**, and **ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

**IT IS SO ADJUDGED**, on this 22nd day of November 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge